IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-451-FDW-DCK

| | | |
|---|---|---|
| **WILLIAM FLETCHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CREDIT ONE BANK, N.A., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff William Fletcher and Defendant Credit One Bank, N.A.'s "Joint Motion To Stay Action In Favor Of Arbitration" (Document No. 12) filed November 21, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff William Fletcher and Defendant Credit One Bank, N.A.'s "Joint Motion To Stay Action In Favor Of Arbitration" (Document No. 12) is **GRANTED**. This matter is hereby **STAYED** until further order of the Court, but in any event for a period of no longer than one (1) year, as to Plaintiff's claims against Defendant Credit One Bank, N.A., pending resolution of such claims in arbitration.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Credit One Bank, N.A. shall file a Joint Status Report on or before **February 21, 2023**, and every ninety (90) days thereafter.

**SO ORDERED**.

Signed: November 22, 2022

David C. Keesler
United States Magistrate Judge