IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-451-FDW-DCK

| | |
|---|---|
| WILLIAM FLETCHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREDIT ONE BANK, N.A., and EXPERIAN ) <br> INFORMATION SOLUTIONS, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Entry Of Scheduling Order" (Document No. 15) filed December 7, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Entry Of Scheduling Order" (Document No. 15) is **GRANTED**. Entry of a scheduling order as to Plaintiff's claims against Defendant Experian Information Solutions, Inc. is **STAYED** until further order of the Court, but in any event for a period of no longer than one (1) year, pending resolution of Plaintiff's claims against Defendant Credit One Bank, N.A. in arbitration.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall file a Joint Status Report on or before **March 7, 2023**, and every ninety (90) days thereafter.

**SO ORDERED**.

Signed: December 7, 2022

David C. Keesler
United States Magistrate Judge